## No. 6866.

### DAVID BLOCK vs. MYERS & LEVI ET ALS.

In a bankruptcy proceeding, under Section 5024, U. S. Revised Statutes, an injunction was issued in equity *without bond,* but subsequently, in obedience to an order of the court, a bond was furnished by the complaining creditors, conditional that the obligors "shall well and truly pay to the defendant in injunction all such damages as he may recover against them, in case it should be decided that said writ

of injunction was wrongfully issued." Held, that such bond substantially complied with the condition prescribed by the Judge's order, requiring that a bond be given in favor of the defendant " to save him harmless from the effects of the injunction issued in this cause," and that said bond is valid in equity.

Held, that such bond is actionable against the surety together with the principals, without preliminary suit against the principals, or proof that its condition had been broken.

Held, that such bond, given after injunction had issued, but shown to have been required by the court after full investigation of damages previously accrued, will cover past as well as future damages.

In an action for damages for abuse of a conservatory writ, such as injunction, decided to have been wrongfully issued by the tribunal whence it had emanated, the only question is the quantum of damages, and malice is not of the essence, in pleading or proof, of the recovery of actual damages.

APPEAL from the Sixth District Court for the Parish of Orleans. *Rightor*, J.

*Breaux & Hall* for Plaintiff and Appellee.

*Kennard, Howe & Prentiss* for Defendants and Appellants.

The opinion of the Court was delivered by POCHÉ, J.